UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY MARTELL SANDERS,

    Defendant.

_____/

Hon. Robert Holmes Bell

Case No. 1:16-cr-0177

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged with a two-count Indictment with being a felon in possession of firearms, in violation of 18 U.S.C. § 922(g)(1), and possession with intent to distribute heroin, in violation of 12 U.S.C. § 841(a)(1), (b)(1)(C). The latter offense is one for which the maximum term of imprisonment is ten years or more under the Controlled Substances Act. Accordingly, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the bases that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a risk of flight, 18 U.S.C. § 3142(f)(2)(A). The court continued a hearing today at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the presumption of detention regarding risk of flight, but has not rebutted the presumption of detention as to danger to the community. The Court also finds, as explained on the record, that there is no condition or combination of conditions of release will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending further order of this Court.

**DONE AND ORDERED** this 21st day of September, 2016.

/s/ Phillip J. Green  
PHILLIP J. GREEN  
United States Magistrate Judge